IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | MAG. NO.    25-mj-228 (ZMF) |
| v. | : | |
| | : | VIOLATIONS: |
| WESLEE WILKINSON, | : | |
| | : | 18 U.S.C. § 922(g)(1) (Unlawful |
| | : | Possession of a Firearm and Ammunition |
| | : | by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| Defendant. | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d) |
| | : | and 28 U.S.C. § 2461(c) |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about September 21, 2025, within the District of Columbia, **WESLEE WILKINSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal No. 2020-CF3-005613, did unlawfully and knowingly receive and possess a firearm, that is, a black Smith & Wesson M&P 9 Shield semi-automatic pistol with a Polymer 80 lower receiver bearing no serial number, and did unlawfully and knowingly receive and possess ammunition, that is 9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)))

1

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a black Smith & Wesson M&P 9 Shield semi-automatic with a Polymer 80 lower receiver pistol bearing no serial number, and 9mm caliber ammunition.

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/ *Steven Wasserman*
STEVEN B. WASSERMAN
Assistant United States Attorney
D.C. Bar # 453251
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7719
Steve.wasserman@usdoj.gov